KELLY v. BROOKLYN HEIGHTS R. CO.

(Supreme Court, Appellate Division, Second Department. June 22, 1900.)

On motion for reargument. Granted.
For former opinion, see 64 N. Y. Supp. 64.
Argued before GOODRICH, P. J., and BARTLETT, WOODWARD, HIRSCHBERG, and JENKS, JJ.

GOODRICH, P: J. The expression in the opinion in this case that "we must apply here the same rule that we have heretofore applied in cases of this character," citing Rippe v. Railway Co., 35 App. Div. 321, 54 N. Y. Supp. 958, and Edgerley v. Railroad Co., 44 App. Div. 476, 60 N. Y. Supp. 1062, was not intended by the court as an adoption of a fixed rule to the effect that a judgment will not be reversed as against the weight of evidence unless so contrary to the preponderant proof as to startle by its absurdity, or to suggest suspicion of evil influence. The general rule is recognized that such reversal will be directed when required in the interests of justice, whatever considerations may have influenced the verdict. A re-examination of the case, however, suggests the propriety, under the circumstances, of granting the motion for a reargument, which may be had on the first day of the next term for the hearing of appeals in enumerated cases. All concur.